IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAUL A. ROSBERG,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN STOFFER,<br><br>Defendant. | 8:26-CV-385<br>8:26-CV-386 |
| PAUL A. ROSBERG,<br><br>Plaintiff,<br><br>vs.<br><br>JEFFREY J. FUNKE and<br>GEOFFREY C. HALL,<br><br>Defendants. | ORDER |

The plaintiff in these two cases is suing three state court judges, raising substantially identical claims about their alleged denial of his right to a jury trial under the state and federal constitutions. He has asserted such claims before, repeatedly. *See Rosberg v. Nebraska*, No. 8:24-CV-40, 2025 WL 1866043, at *1 n.1 (D. Neb. July 7), *aff'd*, No. 25-2690 (8th Cir. Oct. 10, 2025). The result of repeatedly raising such arguments was an order that the plaintiff

> shall file no further pro se cases in the U.S. District Court for the District of Nebraska regarding the state court proceedings dissolving his marriage, including but not limited to issues

> relating to child custody, property settlement, the conduct of the judges presiding over those proceedings, and any other state court proceedings initiated by [the plaintiff] that are causally related to the dissolution proceedings.

*Rosberg v. Nebraska*, No. 8:24-CV-40, slip op. at 2 (D. Neb. July 29), *aff'd*, No. 25-2690 (8th Cir. Oct. 10, 2025).

The plaintiff's new complaints assert violations of his right to trial by jury, but say nothing else about the proceedings in which these violations allegedly occurred. This vagueness makes it impossible for the Court to determine whether the plaintiff has a viable claim for violation of his constitutional rights. It also raises the possibility that the plaintiff is obfuscating the nature of those proceedings in order to avoid the previously imposed filing restriction. Accordingly,

> IT IS ORDERED that on or before August 28, 2026, the plaintiff shall supplement his pleadings by filing statements with this Court identifying, by docket number, the state court proceedings in which the defendants allegedly violated his constitutional rights, and describing the claims asserted in those proceedings for which the plaintiff is asserting a right to jury trial.

Dated this 7th day of August, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge